FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2251
_____

AFSCME FLORIDA COUNCIL 79
OF THE AMERICAN FEDERATION
OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES, AFL-
CIO,

    Appellant,

    v.

PUBLIC EMPLOYEES RELATIONS
COMMISSION,

    Appellee.

_____

On appeal from the Public Employees Relations Commission.
Donald J. Rubottom, Chair.

November 6, 2024

PER CURIAM.

DISMISSED. *See City of St. Petersburg v. Clark,* 166 So. 563, 563 (Fla. 1936) ("The period for which the license had been suspended or revoked had expired, and even if the order of the court granting the temporary injunction should be reversed, it would be fruitless to the appellant."); *see also Casiano v. State,* 310 So. 3d 910, 913 (Fla. 2021) (holding that an appeal is moot "'when the controversy has been so fully resolved that a judicial

determination can have no actual effect[,]'" (quoting *Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992)), so that no remedy can be fashioned to correct the alleged error).

OSTERHAUS, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Osnat K. Rind of Phillips, Richard & Rind, P.A., Miami; Matthew Blumin, American Federation of State, County and Municipal Employees, AFL-CIO, Washington, D.C., for Appellant.

Gregg Riley Morton, General Counsel; Alyssa S. Lathrop, Staff Attorney; and Tamara St. Hilaire, Staff Attorney, Public Employees Relations Commission, Tallahassee, for Appellee.